# United States Court of Appeals
## For the First Circuit

No. 08-1703

Town of Winthrop,

Plaintiff, Appellant,

v.

Federal Aviation Administration,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 8, 2009 is amended as follows:

The sentence beginning on page 5 line 8 is amended so that it now reads "At then of this process, the Town voluntarily agreed to eliminate thirty-seven of the documents from its FOIA request."

The first sentence of footnote 5 on page 8 is deleted.

The second sentence of footnote 5 on page is amended so that it now reads "After its _in camera_ review, the district court ordered that an additional nine documents be released to the Town, and the agency provided those documents at the close of the hearing."

Footnote 7 on page 10 is deleted.